IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE ANDREWS,

    Petitioner,                      No. CIV S-11-1081 DAD P

    vs.

KATHLEEN DICKINSON,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 13, 2011, the undersigned found that the petition failed to state a cognizable claim for federal habeas relief and dismissed this action without prejudice to filing a civil rights action. On the same day, the court entered judgment and closed the case. Pending before the court is petitioner's motion for a certificate of appealability.

        In the court's final order, the undersigned inadvertently failed to address the issue of a certificate of appealability. A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)). Here, petitioner has made a substantial showing of the denial of a constitutional right in

1 the following issue(s) presented in the instant petition: whether petitioner's habeas petition states
2 a cognizable claim for federal habeas relief.
3         Accordingly, IT IS HEREBY ORDERED that:
4         1.  Petitioner's motion for a certificate of appealability (Doc. No. 8) is granted;
5 and
6         2.  A certificate of appealability is issued in the present action.
7 DATED: October 5, 2011.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
andr1081.coa